**2003-1427. In re Ewanicky.**
Cuyahoga App. No. 81742, 2003-Ohio-3351. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the orders and judgments of the probate court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

PFEIFER, J., would grant.

LUNDBERG STRATTON, J., would grant and continue bond.

## MISCELLANEOUS DISMISSALS

**2003-1043. State v. Hibbard.**
Butler App. Nos. CA2001-12-276 and CA2001-12-286, 2003-Ohio-707. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due August 29, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003-1425. State v. Evans.**
Jefferson App. No. 02 JE 11, 153 Ohio App.3d 226, 2003-Ohio-3475, 792 N.E.2d 757. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *09/05/2003 Case Announcements #2*, 2003-Ohio-4691.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 5, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003-1576. State v. Gann.**
Butler App. No. CA2002-05-110, 2003-Ohio-4000. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.